# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Post Office Box 591
### Madison, Wisconsin 53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

August 23, 2006

Honorable Ortrie D. Smith
Chair, Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle N.E.
Washington, D.C. 20544

Dear Judge Smith,

This is in response to your letter of July 26, 2006, in which you asked whether Dreyfus Liquid Assets was a new investment in 2005.

In checking my 2004 income statements, I realize I should have shown this money market fund in my 2004 report. That report should have shown the asset value was "J", the amount of income was "A", the type of income was "Interest" and the value method code was "T". I suppose that it should have been shown as "bought" in 2004; it is difficult to know how to treat this because it is simply a cash fund set up by our broker to hold cash between investments.

I apologize for overlooking this asset in the 2004 financial disclosure report.

Very truly yours,



Barbara B. Crabb
District Judge

BBC:skv

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Crabb, Barbara B | 2. Court or Organization<br><br>U.S. Dist. Court, W.D. Wis. | 3. Date of Report<br><br>05/08/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 591<br>Madison, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | United Way of Dane County |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 A 11:0 ᴼ FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Wisconsin Department of Employee Trust Funds |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. SSCI (privately held co.) | Transport, lodging, meals in re: spouse's svc as bd. member of SSCI mtgs in Chic., IL; 2/05; 8/05. |
| 2. Pepperdine University | Transport to teach at judicial clerking seminar 3/05 |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Line of credit loan | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Munic. Fund | A | Dividend | J | T | | | | | |
| 2. Medtronics com stk | A | Dividend | J | T | | | | | |
| 3. Cisco com stk | | None | J | T | | | | | |
| 4. GE Capital | B | Interest | K | T | | | | | |
| 5. Smith Barney Cash funds | A | Interest | K | T | | | | | |
| 6. Puerto Rico bond | A | Interest | K | T | | | | | |
| 7. Equitable Life Assur.Annuity** | B | Dividend | L | T | | | | | |
| 8. i shares TR MSC1; EAFE | C | Dividend | M | T | bought add'l | 09/16 | J | | |
| 9. | | | | | bought add'l | 11/21 | J | | |
| 10. | | | | | sold part | 12/9 | J | B | |
| 11. i shares Trust Russell 1000 Growth | C | Dividend | N | T | sold part | 12/9 | J | A | |
| 12. | | | | | bought add'l | 11/21 | J | | |
| 13. | | | | | bought add'l | 09/6 | J | | |
| 14. i shares Trust Russell 1000 Index | B | Dividend | M | T | | | | | |
| 15. i shares Russell 2000 Value | C | Dividend | M | T | sold part | 11/21 | K | D | |
| 16. | | | | | bought add'l | 9/16 | J | | |
| 17. i shares Russell 2000/Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | bought add'l | 11/21 | J | | |
| 19. | | | | | bought add'l | 9/16 | J | | |
| 20. i shares Trust Lehman | B | Dividend | L | T | sold part | 12/9 | J | | |
| 21. | | | | | bought add'l | 11/21 | J | | |
| 22. | | | | | bought add'l | 9/16 | J | | |
| 23. i shares MSCl Emer | A | Dividend | K | T | sold part | 11/21 | J | B | |
| 24. | | | | | sold part | 12/9 | J | A | |
| 25. | | | | | bought add'l | 9/16 | J | | |
| 26. i shares Russell 1000 Value Index | C | Dividend | M | T | sold part | 11/21 | J | B | |
| 27. | | | | | bought add'l | 09/16 | J | | |
| 28. i shares Russell Mid Cap Value | A | Dividend | K | T | bought | 11/17 | J | | |
| 29. | | | | | bought | 11/21 | J | | |
| 30. i shares Russell Mid Cap Growth | A | Dividend | J | T | bought | 11/17 | J | | |
| 31. | | | | | bought | 11/21 | J | | |
| 32. Dreyfus Liquid Assets | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Crabb, Barbara B | 05/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _May 17, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544